1042

THE STATE OF WASHINGTON, *Respondent*, v. BRENT STEVEN
SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-05400-8, Ricardo S. Martinez, J., entered
October 17, 1997. *Reversed* by unpublished per curiam
opinion.

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON DALE
BACKSTROM, *Appellant*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 97-1-01993-6, Charles S. French, J.,
entered January 6, 1999. *Affirmed* by unpublished opinion
per Howard, J. Pro Tem., concurred in by Webster and
Baker, JJ.

JAMES PATRICK FORRESTAL, *Appellant*, v. TUKWILA SCHOOL
DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 98-2-18719-1, Richard D. Eadie, J., entered
February 19, 1999. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Baker and Ellington, JJ.

DELORES J. HUTCHINSON, ET AL., *Appellants*, v. SACRED HEART
MEDICAL CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 97-2-05490-1, Linda G. Tompkins, J.,
entered May 4, 1999. *Reversed* by unpublished opinion per
Kurtz, C.J., concurred in by Sweeney and Schultheis, JJ.